# EXHIBIT 1

## 1. Case Information

Internal Case Reference: 2604-TN-01
Client Name: Michael VanStory
Client's Attorney(s): Mrs. Tess Heisserer
Firm: EmployLegal, PLLC
Date of Report: April 23, 2026
Author: Avery Thompson

## 2. Executive Summary

On April 1, 2026, Denali Defense Solutions (DDS) was retained to conduct a forensic analysis of several Microsoft Excel documents. A total of nineteen (19) documents were analyzed and included in this report and the addendum.

The forensic examination identified that four (4) documents contained modification activity attributed to the user account "JK Simms", and two (2) documents contained modification activity attributed to the user account "Lynn D. Robertson". This is based on file metadata, timestamps, and file path artifacts.

## 3. Methodology

The documents reviewed in this matter were acquired through three primary methods: electronic mail (email), secure file-sharing platforms, and direct file downloads. Upon receipt, all materials were segregated into a designated "Original" directory to preserve their initial state and maintain evidentiary integrity.

Each file within the Original directory was subjected to cryptographic hashing using the SHA-256 algorithm. This process generated a unique digital fingerprint for each file, enabling subsequent verification of file integrity and ensuring that no alterations occurred during analysis.

Following hashing, working copies of the files were created and transferred to a separate "Working" directory. All analysis and file manipulation were conducted exclusively on these working copies to prevent any modification to the original evidence set.

For the purpose of examining the internal structure and contents of the Excel files, the file extensions of the relevant working copies were modified from their native formats (e.g., .xlsx) to .zip. This step leveraged the fact that modern Excel file formats are container-based and structured as compressed archives, allowing for direct inspection of embedded components such as XML files, metadata, and associated resources without altering the underlying data.

**4. Scope**

The scope of this engagement included:

1. Acquire identified documents
2. Integrity verification via hashing
3. Metadata and structural analysis of those documents
4. Identification of modification activity
5. Written report of findings

**5. Case Overview**

A total of nineteen (19) Microsoft Excel documents were identified and reviewed as part of this analysis. Each file was cataloged with associated metadata, including file name, size, creation date, last modification date, originating user, editing user, file path, and corresponding SHA-256 hash values to ensure integrity and traceability.

The documents primarily consisted of employee census data and related organizational records, with creation dates ranging from 2019 through 2023. One document, "AHP_0670.CONFIDENTIAL.(Jun-23) Employee Census .xlsx" had an unknown creation date.

Multiple originating users were identified across the reviewed documents, including Lynette Myracle, Bryson Bryan, Sam Friedrich, Nichole McClain, Emily Zoccoli, and Kelly Nichols. File storage locations indicated a combination of enterprise network shares, SharePoint/OneDrive environments, and local user directories.

Forensic review of file metadata indicated that four (4) documents were modified in 2025 by the user account "JK Simms". These files showed last edit timestamps clustered on June 29, 2025, and April 25, 2025, with associated file paths pointing to local user directories (e.g., /Users/jksimms/Documents/ and /Users/jksimms/Downloads/).

Forensic review of file system and document metadata indicates that two (2) documents contain modification timestamps from 2025 associated with the user account "Lynn D. Robertson." These files reflect "last edited" timestamps clustered on November 20, 2025, with associated file paths referencing specific directories (e.g., https://ogletree-my.sharepoint.com/personal/robertld_odnss_com/Documents/Desktop/Docs to Be E-Filed and or E-Served/).

No indicators were observed that hyperlinks, sharing status, or document linkage fields had been updated within the dataset, as all relevant flags were set to "FALSE." Application versioning across the dataset is consistent (Excel version 16.03), suggesting a uniform software environment for file interaction.

Each document was uniquely identified and preserved through SHA-256 hashing, enabling validation of file integrity and supporting reproducibility of findings.

**6. Evidence Reviewed**

The following documents were identified and reviewed as part of this forensic examination:

The dataset included two versions of "(Jun-23) Employee Census_Updated," both marked confidential, along with "1_ Employee Census.CONFIDENTIAL," representing earlier iterations of employee census data. Additional census-related files included "AHP_303 – TN Quality Care Census," "TN Quality Care Census (2) 062723.CONFIDENTIAL.xlsx," and "TN Quality Care Census (Jun-23).CONFIDENTIAL.xlsx," which appeared to reflect variations or updates of similar underlying datasets.

Several "Trended Employee Census" files were also analyzed, including "Trended Employee Census 5_3_23 (1).CONFIDENTIAL," "Trended Employee Census 5_3_23.CONFIDENTIAL.xlsx," "Trended Employee Census (1).CONFIDENTIAL.xlsx," and "Trended Employee Census.CONFIDENTIAL.xlsx." These were supplemented by additional versions labeled under AHP identifiers, including "AHP_0659.Trended Employee Census.xlsx," "AHP_662.Trended Employee Census 5.3.23.xlsx," and "AHP_669.CONFIDENTIAL. Trended Employee Census (2020 – Mar-23) (1).xlsx," indicating historical or compiled datasets.

Other documents reviewed included "AHP_0670.CONFIDENTIAL.(Jun-23) Employee Census.xlsx" and "AHP_0680.Census 4-19-2022.xlsx," which appeared to represent additional census snapshots across different timeframes. A compensation-related dataset titled "Copy of Employee Listing With Salary_HHH_AQC_March292023.CONFIDENTIAL.xlsx" was also included in the review. Two documents that appeared to represent payroll data were also reviewed and included documents "ADDUS 000016 (TQC RR Payout Matrix).xlsx" and "ADDUS 000011-ADDUS 000015 (TQC Retention and Release Tracker).xlsx". Finally, the document labeled "Corporate Allocated to HH&H (2023).CONFIDENTIAL" was examined, which appeared to relate to organizational or financial allocation data.

These documents appeared to represent multiple iterations, duplicates, and variations of employee census, payroll, and related organizational data spanning several time periods.

**7. Key Findings**

A central finding of this analysis related to document modification activity attributed to the user accounts "JK Simms" and "Lynn D. Robertson".

The forensic examination of file metadata identified six (6) documents that were edited by these two users. These documents included:

1. "AHP_303 – TN Quality Care Census,"
    a. Edited date/time: **2025-04-25T22:02:41Z**
    b. Modified by: JK Simms
2. "AHP_0659.Trended Employee Census.xlsx,"
    a. Edited date/time: **2025-06-29T17:13:58Z**
    b. Modified by: JK Simms
3. "AHP_662.Trended Employee Census 5.3.23.xlsx," and
    a. Edited date/time: **2025-06-29T17:16:48Z**
    b. Modified by: JK Simms
4. "AHP_0670.CONFIDENTIAL.(Jun-23) Employee Census.xlsx."
    a. Edited date/time: **2025-06-29T19:34:32Z**
    b. Modified by: JK Simms
5. ADDUS 000016 (TQC RR Payout Matrix).xlsx
    a. Edited date/time: **2025-11-20T21:36:32Z**
    b. Modified by: Lynn D. Robertson
6. "ADDUS 000011-ADDUS 000015 (TQC Retention and Release Tracker).xlsx"
    a. Edited date/time: **2025-11-20T21:35:33Z**
    b. Modified by: Lynn D. Robertson

The timestamp is recorded in Coordinated Universal Time (UTC). To determine the corresponding local time, the appropriate time zone offset must be applied based on the system's configured time zone and any applicable daylight-saving time adjustment at the time of the recorded event.

The recorded file paths for these documents indicated that the edits were performed within local user environments associated with the "JK Simms" account, including directories such as "/Users/jksimms/Downloads/" and "/Users/jksimms/Documents/."

The metadata showed that a subset of the reviewed documents were modified by "JK Simms" and "Lynn D. Robertson" after their original creation. The timing and file path artifacts support that these modifications occurred within a local user workspace.

No other documents within the reviewed dataset reflected modification activity attributed to "JK Simms" or "Lynn D. Robertson".

The spreadsheet 'AHP_0680.Census 4-19-2022.xlsx' follows a naming convention consistent with other documents, suggesting it may have been renamed. However, the internal document metadata was not altered as part of this filename change and retains its original values.

## 8. Attachments

- DocumentReview.xlsx (Note: The spreadsheet is password-protected to restrict modifications.)
- hash_results.xlsx (Note: The spreadsheet is password-protected to restrict modifications.)

## 9. Recommendations

It is recommended that the six (6) documents identified as having been modified by the user account “JK Simms” and “Lynn D. Robertson” be subjected to further comparative analysis against their original or earliest available versions to determine the nature and extent of the modifications. This may include content-level comparison, version history review (if available), and correlation with external records or communications.

## 10. Conclusion

Six (6) of the nineteen (19) Excel documents contained post-creation modification timestamps associated with the user account “JK Simms” or “Lynn D. Robertson”. This is supported by file metadata, timestamps, and file path artifacts.

## 11. Document Certification

I certify that this report is based on the information available at the time it was written and represents my findings in accordance with Denali Defense Solutions’ investigative standards. All analysis was conducted using accepted forensic methodologies, and the conclusions herein are based solely on the evidence reviewed.

Signature: ______________________________ Date: 04/23/2026

Name: Avery Thompson

\
\
\
\
\
\
\
\
\
\
\
\
\
\
\
\