# Exhibit 7

## AHP_303 — Tennessee Quality Care Employee Census

Native file **AHP_303 -TN Quality Care Census.xlsx**, produced by Defendant American Health Partners Management, LLC. Embedded metadata: created 2023-07-25T20:29:42Z by Lynette Myracle. The worksheet “Active Employees” contains 530 employee records. The entry for Plaintiff appears at row 286 and is reproduced below.

| Employee Number | Employee Name | Employment Status | Company Code | Company | Department Code | Department |
|---|---|---|---|---|---|---|
| 160020272 | VanStory, Michael | Active | 961 | American Health Partners Management LLC | 490 | General & Administrative |

*Summary prepared pursuant to Fed. R. Evid. 1006. The complete native file has been produced in this litigation and is available to the Court and to opposing counsel.*