**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MICHAEL VANSTORY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24-cv-00945** |
| | ) | |
| | ) | **Judge Trauger** |
| | ) | |
| | ) | |
| **AMERICAN HEALTH PARTNERS MANAGEMENT, LLC and ADDUS HEALTHCARE, INC.** | ) | **JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

**<u>NOTICE OF FILING</u>**

Defendant American Health Partners Management, LLC ("American Health Partners" or "AHP") submits this Notice of Filing of the full Deposition Transcript of Avery Thompson, which was cited and attached to Defendant's Motion to Exclude Testimony of Avery Thompson (ECF DE No. 102). At the time of the filing of the Motion to Exclude, Defendant only had the rough transcript. Defendant now has the full transcript which is filed herewith, as Exhibit A.

Respectfully submitted,

*<u>/s/ JK Simms</u>*
James K. Simms, IV (BPR No. 21688)
Morgan J. Hartgrove (BPR No. 40262)
Thompson Burton, PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Phone: (615) 465-6005
jk@thompsonburton.com
morgan@thompsonburton.com

*Counsel for Defendant American Health Partners Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on this 14th day of August 2026. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed below. Parties may access this filing though the Court's electronic filing system.

Tess Heisserer
611 Commerce Street, Suite 2611
Nashville, Tennessee 37203
(615) 401-8055
theisserer@heissererfirm.com

Keith D. Frazier
Darius Walker, Jr.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Truist Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219
(615) 254-1900
keith.frazier@ogletreedeakins.com
darius.walker@ogletreedeakins.com

*/s/ J.K. Simms*
James K. Simms, IV